IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUS AIR, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ANTHONY R. WOODS and<br>E3 RIVERS, LLC F/K/A BUS AIR<br>MANUFACTURING, LLC,<br><br>      Defendants. | C.A. No. _____ |

**DEFENDANTS' NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Anthony R. Woods ("Woods") and E3 Rivers, LLC f/k/a Bus Air Manufacturing, LLC ("E3 Rivers") have removed the above-captioned action from the Court of Chancery of the State of Delaware to the United States District Court for the District of Delaware. As grounds for removal, Defendants state:

**NATURE OF REMOVED ACTION**

1. On July 10, 2019, Plaintiff Bus Air, LLC filed an action against Defendants, captioned *Bus Air, LLC v. Anthony R. Woods and E3 Rivers, LLC f/k/a Bus Air Manufacturing, LLC*, C.A. No. 2019-0532-JRS, in the Court of Chancery of the State of Delaware. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants in the state court action are attached as Exhibit A.

2. Plaintiff's allegations in the Complaint generally relate to an Asset Purchase Agreement executed between Plaintiff and Defendants dated September 25, 2017 (the "APA"). The

1

Complaint alleges claims against Defendants for breach of the APA and for indemnification and seeks monetary damages and preliminary and permanent injunctive relief.

### TIMELINESS OF REMOVAL

3. This Notice of Removal is filed fewer than 30 days after Defendants received a copy of Plaintiff's Complaint. In fact, Plaintiff filed the state court action on July 10, 2019, only 21 days ago. Removal is therefore timely under 28 U.S.C. § 1446(b).

4. Defendants have not responded to the Complaint in state court.

### PROPRIETY OF VENUE

5. Venue is proper in this District under 28 U.S.C. § 1441(a) because the state court in which Plaintiff filed suit is in this District.

### BASIS OF REMOVAL

6. Removal of this case is proper pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest.

**I. There is Complete Diversity Between the Parties.**

7. Plaintiff is a limited liability company organized and existing under the laws of Delaware.[1] ProAir Holdings Corporation ("ProAir"), Plaintiff's sole member, is a corporation organized under the laws of Delaware and, on information and belief, its principal place of business

---

[1] Compl. ¶ 3.

is in Waltham, Massachusetts.[2] For purposes of diversity jurisdiction, Plaintiff is therefore a citizen of Delaware and Massachusetts.[3]

8. Defendant Woods is an individual domiciled in Texas and is therefore a citizen of Texas.

9. Defendant E3 Rivers is a limited liability company organized and existing under the laws of Texas. Woods is E3 Rivers' sole member. For purposes of diversity jurisdiction, E3 Rivers is a citizen of Texas.[4]

10. Accordingly, complete diversity exists between the parties.

## II. The Amount-in-Controversy is Satisfied.

11. "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold."[5] "[W]hen a defendant seeks federal-court adjudication, the defendant's amount-in-controversy allegation should be accepted when not contested by the plaintiff or questioned by the court."[6]

12. Where, as here, an action seeks injunctive relief, "it is well established that the amount in controversy is measured by the value of the object of the litigation."[7]

---

[2] Among other things, ProAir's business address is listed as 51 Sawyer Road, Ste. 420, Waltham, Massachusetts 02453 in Schedule A to Plaintiff's Operating Agreement.

[3] *See Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99, 105 (3d Cir. 2015) ("[T]he citizenship of an LLC is determined by the citizenship of its members.").

[4] *See id.*

[5] *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014).

[6] *Id.* at 553.

[7] *Hunt v. Washington State Apple Advert. Comm'n*, 432 U.S. 333, 347 (1977); *see also In re Corestates Trust Fee Litig.*, 38 F.3d 61, 65 (3d Cir. 1994) ("In injunctive actions, it is settled that the amount in controversy is measured by the value of the right sought to be protected by the equitable relief.").

13. While Plaintiff's claims lack merit, they seek to enforce terms of the APA, which entailed Plaintiff acquiring certain of E3 Rivers' assets for an aggregate purchase price of up to $20,190,000.

14. The value of Plaintiff's claims therefore exceeds the requisite amount in controversy for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

## OTHER REMOVAL ISSUES

15. Woods and E3 Rivers consent to the removal of this case to this Court.

16. By filing this Notice of Removal, neither Woods nor E3 Rivers waives any defense that may be available to him or it. Defendants expressly reserve all such defenses, including those related to service of process and jurisdiction.

17. If any question arises as to propriety of removal to this Court, Defendants request the opportunity to present a brief and oral argument in support of their position that this case has been properly removed.

18. Pursuant to 28 U.S.C. § 1441(d), Defendants will promptly file a copy of this Notice of Removal with the clerk of the state court where the lawsuit has been pending and serve notice of the filing of this Notice of Removal on Plaintiff.

19. Defendants demand a trial by jury.

20. Defendants reserve the right to amend or supplement this Notice of Removal.

**WHEREFORE**, Defendants remove this action from the Court of Chancery of the State of Delaware, Case Number 2019-0532-JRS, to this Court.

| | |
|---|---|
| Dated: July 31, 2019 | Respectfully submitted, |
| Of Counsel: | FARNAN LLP |
| Casey Griffith<br>Michael Barbee<br>GRIFFITH BARBEE PLLC<br>One Arts Plaza<br>1722 Routh St., Ste. 710<br>Dallas, Texas 75201<br>Telephone: (214) 446-6020<br>Facsimile: (214) 446-6021<br>casey.griffith@griffithbarbee.com<br>michael.barbee@griffithbarbee.com | /s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Facsimile: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Defendants Anthony R. Woods and E3 Rivers, LLC F/K/A Bus Air Manufacturing, LLC* |