## **CERTIFICATE OF SERVICE**

I, Michael J. Farnan, hereby certify that on July 31, 2019, a copy of the Defendants' Notice of Removal was served via electronic mail on the following:

| | |
|---|---|
| Richard M. Beck | Thomas T. Reith |
| Sean M. Brennecke | Kelly Kirby |
| Klehr Harrison Harvey Branzburg LLP | Burns & Levinson LLP |
| 919 Market Street, Suite 1000 | 125 Summer Street |
| Wilmington, DE 19801 | Boston, Massachusetts 02110 |
| rbeck@klehr.com | treith@burnslev.com |
| sbrennecke@klehr.com | kkirby@burnslev.com |
| | |
| *Attorneys for Plaintiff Bus Air, LLC* | *Attorneys for Plaintiff Bus Air, LLC* |

/s/ Michael J. Farnan
Michael J. Farnan (Bar No. 5165)