# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUS AIR, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY R. WOODS and<br>E3 RIVERS, LLC F/K/A BUS AIR<br>MANUFACTURING, LLC,<br><br>    Defendants. | C.A. No. 19-cv-1435-RGA-CJB |

## JOINT STIPULATION AND [PROPOSED] ORDER TO STAY

Plaintiff Bus Air, LLC and Defendants Anthony R. Woods and E3 Rivers, LLC f/k/a Bus Air Manufacturing, LLC, by and through their undersigned counsel, hereby stipulate, subject to the Court's approval, to stay this action pending the Court's ruling on Plaintiff's Objections to the Magistrate Judge's Memorandum Order Regarding Plaintiff's Motion to Compel Arbitration [D.I. 112].  In so stipulating, the parties each acknowledge that all parties have reserved and preserved all claims, demands and rights pled in this action and that no such claims, demands or rights are waived by any party's agreement to file this paper.

Dated: March 14, 2022

| | |
|---|---|
| KLEHR HARRISON<br>HARVEY BRANZBURG LLP | FARNAN LLP |
| */s/Sean M. Brennecke*<br>Richard M. Beck (DE Bar No. 3370)<br>Sean M. Brennecke (DE Bar No. 4686)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-5501<br>rbeck@klehr.com<br>sbrennecke@klehr.com<br><br>*Attorneys for Plaintiff Bus Air, LLC* | */s/ Michael J. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Str., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2022.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE