IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUS AIR, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY R. WOODS and<br>E3 RIVERS, LLC F/K/A BUS AIR MANUFACTURING, LLC,<br><br>    Defendants. | C.A. No. 19-cv-1435-WCB-CJB |

## SUGGESTION OF BANKRUPTCY FOR BUS AIR, LLC

PLEASE TAKE NOTICE that, Bus Air, LLC ("Bus Air"), the plaintiff and counterclaim defendant in the above-captioned matter, filed a voluntary petition for relief under chapter 7 of title 11 United States Code (the "Bankruptcy Code") on November 16, 202, in the United States Bankruptcy Court for the District of Delaware under Case No. 22-11198-LSS.

PLEASE TAKE FURTHER NOTICE that the Bus Air, LLC, bankruptcy filing operates as a stay, pursuant 11 U.S.C. § 362, applicable to all entities, of the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under the bankruptcy code, or to recover a claim against the debtor that arose before the commencement of the case under the Bankruptcy Code.

| | |
|---|---|
| Dated: December 2, 2022 | KLEHR HARRISON<br>HARVEY BRANZBURG LLP<br>*/s/ Richard M. Beck*<br>Richard M. Beck (DE Bar No. 3370)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-5501<br>rbeck@klehr.com<br>*Attorneys for Plaintiff Bus Air, LLC* |