# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUS AIR, LLC )<br>)<br>    *Plaintiff,* )<br>)<br>v. )<br>)<br>ANTHONY R. WOODS and )<br>E3 Rivers, LLC F/K/A/ BUS AIR )<br>MANUFACTURING, LLC )<br>    *Defendants*. ) | C.A. No.: 19-1435-WCB-CJB |

## **JOINT STATUS REPORT REGARDING AUTOMATIC STAY**

Jeoffrey L. Burtch, chapter 7 trustee (the "Trustee") for the estate of plaintiff Bus Air, LLC (the "Plaintiff") and Defendants Anthony R. Woods and E3 Rivers, LLC (the "Defendants"), pursuant to the Court's December 6, 2022 Oral Order, hereby submit a joint status report regarding the status of the bankruptcy proceeding and the continued application of the automatic stay in the above-captioned case (the "District Court Case") and respectfully state as follows:

1. On November 16, 2021 ("Petition Date"), ProAir Holdco, LLC, ProAir Holdco, LLC, ProAir Intermediate Holdco, LLC, ProAir LLC, American Cooling Technology, LLC, Bus Air, LLC, and Evans Tempcon Delaware, LLC (hereinafter, the "Debtors") filed petitions under chapter 7 of the United States Bankruptcy Code (11 U.S.C. § 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

2. On or about the Petition Date, the Trustee was appointed interim trustee in the Debtors' chapter 7 cases (the "Bankruptcy Cases");

3. The meeting of creditors pursuant to Section 341 of the Bankruptcy Code was held and concluded on December 28, 2022, and the Trustee now serves as trustee pursuant to Section 702(d) of the Bankruptcy Code.

4. On April 10, 2023, E3 Rivers, LLC filed a proof of claim (the "E3 Proof of Claim") in the Plaintiff's Bankruptcy Case, Case No. 22-11198. The counterclaims asserted in the District Court Case form the basis for the E3 Proof of Claim.

5. The Bankruptcy Cases remain pending before the Bankruptcy Court.

6. The claims asserted by Plaintiff in this action constitute property of the estate pursuant to Section 541 of the Bankruptcy Code and the claims asserted by the Defendants are subject to be adjudicated, at the latest, as part of the claims administration process in the Bankruptcy Cases.

7. Accordingly, the Parties submit that the stay should remain in effect until such time as the Bankruptcy Court grants relief therefrom, or otherwise modifies the automatic stay.

8. Counsel to the Trustee and Defendants shall make themselves available should the Court require additional information.

00655123

Respectfully submitted,

<div style="display: flex;">

<div>

**FARNAN LLP**

/s/ *Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

and

**COOCH AND TAYLOR, P.A.**
R. Grant Dick IV (No. 5123)
1007 N. Orange Street, Suite 1120
Wilmington, DE  19801
Telephone:  (302) 984-3800
Facsimile:  (302) 984-3989
Email:  gdick@coochtaylor.com

**OF COUNSEL:**
Casey Griffith, Esq.
Tina Wysk, Esq.
Griffith Barbee PLLC
1722 Routh St., Ste. 710
Dallas, TX 75201
Phone: 214-446-6022
casey.griffith@griffithbarbee.com
tina.wysk@griffithbarbee.com

*Counsel to Anthony R. Woods and E3 Rivers, LLC*

</div>

<div>

**COZEN O'CONNOR**

/s/ *Gregory F. Fischer*
Mark E. Felger (No. 3919)
Gregory F. Fischer (No. 5269)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
mfelger@cozen.com
gficscher@cozen.com

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee for Bus Air, LLC*

</div>

</div>

Dated: June 6, 2023